# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0205
Lower Tribunal No. 2021-CF-005262

_____

SHAUN MARVIN ENGRAM, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Vincent Falcone, III, Judge.

July 21, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and GANNAM and PRATT, JJ., concur.


Blair Allen, Public Defender, and Emily Ross-Booker, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Daniel Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED